UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jill Jacoby, | Case No. 24-sc-2666 (ECT/TNL) |
| Plaintiff, | |
| v. | ORDER |
| Fairview Health Services, Sameer Badlani, *Chief Digital Officer & EVP Technology*, Catherine Neary, *in her official capacity as Employee Relations Director*, Amy Worthington, *in her official capacity as Supervisor of Employee Relations*, Raghu Pillai, *in his former capacity as VP Digital & Head of GPHR*, Scott Weber, *in his former capacity as Chief Marketing Officer*, | |
| Defendants. | |

This matter is before the Court on pro se Plaintiff Jill Jacoby's Motion for Prompt Referral of Plaintiff to the Pro Se Project, ECF No. 5. Plaintiff requests that she be referred to the Federal Bar Association ("FBA") for further assistance in prosecuting this action. *Id.* Although "[a] pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case", *see Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998); *see also In re Lane*, 801 F.2d 1040, 1042 (8th Cir. 1986) ("The decision to appoint counsel in civil cases is committed to the discretion of the district court."), the Minnesota Chapter of the FBA operates a program that tries to connect unrepresented individuals who receive a Court referral to the program with volunteer lawyers who may agree to donate time to talk

1

about their cases. The volunteer lawyer, however, is not expected to represent you. The Court will refer Plaintiff for assistance by separate correspondence.

Accordingly, **IT IS HEREBY ORDERED THAT**: Plaintiff's Motion for Prompt Referral of Plaintiff to the Pro Se Project, ECF No. 5, is **GRANTED**.

Dated: July 19, 2024

*s/Tony N. Leung*
_____
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Jacoby v. Fairview Health Services et al*,
Case No. 24-sc-2666 (ECT/TNL)