UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jill Andrea Jacoby, | File No. 24-cv-2666 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Fairview Health Services, Sameer Badlani, *Chief Digital Officer & EVP Technology*, Catherine Neary, *in her official capacity as Employee Relations Director*, Amy Worthington, *in her official capacity as Supervisor of Employee Relations*, Raghu Pillai, *in his former capacity as VP Digital & Head of GPHR*, and Scott Weber, *in his former capacity as Chief Marketing Officer*, | |
| Defendants. | |

_____

Magistrate Judge Tony N. Leung issued a Report and Recommendation on January 30, 2025. ECF No. 19. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**; and

2. Plaintiff Jill Andrea Jacoby's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2025        s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court